**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**NOVEMBER STATUS AND SCHEDULING CONFERENCE DOCKET**
for
Judge Patrick R. Wyrick

**Tuesday, November 3, 2020**

1. Your status and scheduling conference will be held in Judge Wyrick's Courtroom No. 503, on the 5th floor, of the William J. Holloway, Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma.

2. You must confer with the opposing party and prepare a Joint Status Report and Discovery Plan, and file it on or before **Tuesday, October 27, 2020**.

3. You must state in the Joint Status Report whether you have complied with Local Rule 26.1. Strict compliance with Local Rule 16.1 and 26.1 is expected.

4. At the conference, be prepared to report whether you have exchanged discovery.

5. To the extent that the parties wish to submit an Agreed Protective Order pursuant to Section 8(F) of the Joint Status Report and Discovery Plan, attach the Agreed Protective Order to the Joint Status Report and Discovery Plan when it is filed and submit the proposed Agreed Protective Order in Word format to the Judge via the Judge's orders email inbox at: wyrick-orders@okwd.uscourts.gov

6. If you are not a local attorney, you may appear by telephone, so long as you seek leave to do so by motion at least two days prior to the conference.

7. Please note that a valid photo identification is required to enter the federal courthouse building.

---

**9:30 a.m.**

| | | |
|---|---|---|
| CIV-19-990-PRW | Michael Terry, et al. | Sherry Doyle |
| | v. | |
| | Roger Ely, et al. | Jared Boyer |

1

**9:50 a.m.**

| | | |
|---|---|---|
| CIV-20-734-PRW | Debra Reim | Brice Bisel |
| | | Daniel Bryan |
| | v. | |
| | United States of America | Alison Spurlock |

**10:10 a.m.**

| | | |
|---|---|---|
| CIV-20-737-PRW | Alesia Torres | Jeffrey Wilson |
| | v. | |
| | Account Resolution Services | Linda Szuhy Ressetar |

**10:30 a.m.**

| | | |
|---|---|---|
| CIV-20-738-PRW | Alesia Torres | Jeffrey Wilson |
| | v. | |
| | IC Systems Inc. | Bobby Irby |

**10:50 a.m.**

| | | |
|---|---|---|
| CIV-20-753-PRW | Jhanar Attaway, et al. | Brian Grayson |
| | v. | |
| | Tsegay Weldegebrial, et al. | Andre Valentim Farinha |
| | | J. Derrick Teague |

**11:10 a.m.**

| | | |
|---|---|---|
| CIV-20-805-PRW | Chioma Muonelo | Tiffany Hill |
| | v. | |
| | Loancare LLC | Raymond Zschiesche |

**11:30 a.m.**

| | | |
|---|---|---|
| CIV-20-910-PRW | AES Shady Point LLC | Carson Glass |
| | | James Reed |
| | | Tami Hines |
| | v. | |
| | Oklahoma Gas & Electric Corporation | A. Craig Tomlin |
| | | Heidi Nichols |
| | | Robin Fields |
| | | Valerie Hatami |
| | | Jennifer Castillo |

**11:50 a.m.**

| | | |
|---|---|---|
| CIV-20-956-PRW | Davis Sanitation Inc. | Patrick Collogan |
| | v. | |
| | Terri Lynn Gooch, et al. | F. Jason Goodnight |
| | | Phillip Wilson |

**12:10 p.m.**

    CIV-20-960-PRW    Mark Howell    D. Colby Addison
                                                                                            Leah Roper

                                      v.

                                    Duit Holdings Inc., et al.              Nathan Whatley
                                                                                           Jeffrey Taylor