UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALESIA TORRES )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ACCOUNT RESOLUTION SERVICES )<br>    Defendant. )<br>)<br>) | Case No. 5:20-cv-00737-PRW |

## WITNESS AND EXHIBIT LIST

Plaintiff intends to offer the following exhibits at trial.

### Plaintiff's Exhibits

1. Audio Recording of Torres Dispute to Account Resolution Services
2. 2020 Certificate of Creditable Coverage
3. June 2020 ARS Credit Accounts
4. May 2020 ARS Credit Accounts
5. All subpoenaed documents produced by Experian Information Solutions, LLC.
6. All subpoenaed documents produced by Trans Union, LLC.
7. All subpoenaed documents produced by Equifax Information Services, LLC.
8. All subpoenaed documents produced by Experian Information Solutions, LLC.
9. All documents produced by Defendant.
10. Defendant's responses to Interrogatories and Admissions.

11. All exhibits listed by Defendant and not objected to by Plaintiff.

12. Any exhibits needed for impeachment or rebuttal purposes.

Plaintiff Witnesses

1. Plaintiff Alesia Torres
   c/o Jeffrey A. Wilson
   JW Law Firm
   780 Morosgo Dr. NE # 14893
   Atlanta, GA 30324
   Phone: (832) 422-6362

   Subject(s): Plaintiff Alesia Torres ("Plaintiff") has knowledge of the allegations and claimed damages set forth in the Complaint

2. Corporate representative(s) of Account Resolution Services
   c/o Thompson, Coe, Cousins & Irons, L.L.P.      Plaza of the Americas
   700 N. Pearl Street, 25th Floor
   Dallas, Texas 75201
   (214) 871-8200

   Subject(s): Defendant has knowledge regarding Plaintiff's account and activity taken in relation to Plaintiff's account relevant to Plaintiff's claims and allegations.

3. All parties and their representatives and/or any other witness identified by any other party in this action.

Respectfully submitted:

JW Law Firm, PLLC
780 Morosgo Dr NE #14893
Atlanta, GA 30324
Phone: (832) 422-6362
Fax: (888) 248-8087
jeff@jwcreditlawyers.com

By: _____
JEFFREY A. WILSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly furnished to all counsel of record in accordance with the Rules of Civil Procedure on Thursday, April 1, 2021.

/s/ Jeffrey A. Wilson

**JEFFREY A. WILSON**