# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

## JUNE CIVIL TRIAL DOCKET
for
Judge Patrick R. Wyrick

**Tuesday, June 8, 2021**

1. Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.

2. Counsel are required to appear for Docket Call at 1:30 p.m. on Wednesday, June 2, 2021 regardless of where their case appears on the docket.

3. At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)

4. Please note that a valid photo identification is required to enter the federal courthouse building.

---

## JURY DOCKET

| | | |
|---|---|---|
| CIV-18-901-PRW | Stanley Batton, et al. | Matthew K. Felty<br>Michael C. Felty<br>Gary M. Riebschlager |
| | v. | |
| | Wynnewood Refining Company LLC, et al. | J Christopher Davis<br>Jason Callaway<br>Trevor Hughes |
| | Compsource Mutual Insurance Company, as subrogee of Evans Transport Company, LLC (*Intervenor*) | Adam Christensen |

| | | |
|---|---|---|
| CIV-20-187-PRW | Edmond Athletic Complex, LLC, et al. | J. Drew Houghton<br>Larry E. Bache Jr.<br>Micah B. Cartwright |
| | v. | |
| | Arch Insurance Company | Raven M. Blevins<br>Sterling E. Pratt |
| CIV-19-1139-PRW | Kevin Williams, et al. | Daniel E. Smolen<br>Lauren G. Lambright |
| | v. | |
| | Jered Biesek, et al. | Daniel K. Jones<br>Mehry Taremi |
| CIV-20-482-PRW | Tinker Federal Credit Union | J. Kevin Blaney<br>Justin T. Hiersche<br>Angela W. Ganote |
| | v. | |
| | United States of America ex rel. Internal Revenue Service | Gregory E. Van Hoey |
| CIV-20-737-PRW | Alesia Torres | Jeffrey A. Wilson |
| | v. | |
| | Account Resolution Services | Linda Ressetar<br>Yesha Patel |