IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**AMENDED** JUNE CIVIL TRIAL DOCKET
for
Judge Patrick R. Wyrick

**Tuesday, June 8, 2021**

1. Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.

2. Counsel are required to appear for Docket Call at 1:30 p.m. on Wednesday, June 2, 2021 regardless of where their case appears on the docket.

3. At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)

4. Please note that a valid photo identification is required to enter the federal courthouse building.

## JURY DOCKET

| | | |
|---|---|---|
| CIV-18-1176-PRW | Sylvia Lott | Cynthia Rowe D'Antonio |
| | v. | |
| | City of Oklahoma City, et al. | Brett Logan<br>Richard Mahoney<br>Jason Bolitho<br>Michael Moore |

| | | |
|---|---|---|
| CIV-18-902-PRW | Stephen Brown | John Gibson |
| | v. | |
| | Elephant Talk North America Corporation, et al. | Denelda Richardson<br>Theresa Hill<br>Lindsey Albers |

| | | |
|---|---|---|
| CIV-18-901-PRW | Stanley Batton, et al. | Matthew K. Felty<br>Michael C. Felty<br>Gary M. Riebschlager |
| | v. | |
| | Wynnewood Refining Company LLC, et al. | J Christopher Davis<br>Jason Callaway<br>Trevor Hughes<br>Herbert Beigel |
| | Compsource Mutual Insurance Company, *Intervenor* | Adam Christensen |
| CIV-19-946-PRW | Ruby J. Disney | Steven S. Mansell<br>Mark A. Engel<br>Keith F. Givens<br>Adam Engel |
| | v. | |
| | United National Life Insurance Company of America | Leasa M. Stewart<br>Emiline T. Ebrite<br>Kyle D. Evans |
| CIV-19-981-PRW | Robert A. St. Clair | Forrest L. P. DeVaughn<br>Larry E. Finn<br>Murry J. Parrish<br>Adam D. Lewis<br>J. Kyle Findley<br>Kason R. Kimberley |
| | v. | |
| | Ephriam Edwards, et al. | Dan S. Folluo<br>Rebecca L. Newman |
| CIV-19-561-PRW | Elizabeth Davis | Joshua S. Turner<br>Eugene K. Bertman |
| | v. | |
| | Mercy Rehabilitation Hospital | Justin P. Grose<br>Samuel R. Fulkerson |

| | | |
|---|---|---|
| CIV-20-737-PRW | Alesia Torres | Jeffrey A. Wilson |
| | v. | |
| | Account Resolution Services | Linda Ressetar<br>Yesha Patel |

3